UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff,

v.

DOS TOROS HOLDINGS, LLC

Defendant.

---------------------------------------------------------------X

Docket No.: 1:19-CV-10534 (LL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between **MARCOS CALCANO**, et al and **DOS TOROS HOLDINGS LLC.**, that the above-captioned action is hereby dismissed in its entirety with prejudice and that this stipulation may contain counterparts or facsimile signatures, which shall be deemed as originals. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: New York, New York

May 14, 2020

Dated: New York, New York

May 12, 2020

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

_____
Nancy V. Wright, Esq.
Joanna Colacurcio, Esq.
*Attorneys for Defendant*
Dos Toros Holdings, LLC
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

**GOTTLIEB AND ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
*Attorney for Plaintiff*
Marcos Calcano, et al
150 East 18th Street
Suite PHR
New York, New York 10003
Tel: (212) 228-9795

10612048v.4